# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:22-cr-0028 |
| ) | |
| **DEMONN CHADWICK JENKINS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**APPEARANCES:**

**DELIA L. SMITH, UNITED STATES ATTORNEY**
**MEREDITH EDWARDS, ASSISTANT UNITED STATES ATTORNEY**
UNITED STATES ATTORNEY'S OFFICE
ST. THOMAS, U.S.V.I.
   *FOR THE UNITED STATES OF AMERICA,*

**MATTHEW A. CAMPBELL, FEDERAL PUBLIC DEFENDER**
OFFICE OF THE FEDERAL PUBLIC DEFENDER
ST. THOMAS, U.S.V.I.
   *FOR DEFENDANT DEMONN CHADWICK JENKINS.*

## ORDER

**BEFORE THE COURT** is Defendant Demonn Chadwick Jenkins' Motion to Suppress Statements. (ECF No. 29.) The Magistrate Judge issued a Report and Recommendation recommending that the Court deny the motion. (ECF No. 71.) For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that the Magistrate Judge's Report and Recommendation dated March 28, 2023, ECF No. 71, is **ADOPTED**; it is further

**ORDERED** that Defendant Demonn Chadwick Jenkins' objections to the Report and Recommendation, ECF No. 81, are **OVERRULED**; it is further

**ORDERED** that Defendant's Motion to Suppress Statements, ECF No. 29, is **DENIED;** and it is further

*United States v. Jenkins*
Case No. 3:22-cr-0028
Order
Page 2 of 2

**ORDERED** that Defendant's Motion for Extension of Time to File Objection, ECF No. 73, is GRANTED *nunc pro tunc*. Defendant's Objections at ECF No. 81 shall be considered timely filed.

**Dated:** September 27, 2023 /s/
                                                             **ROBERT A. MOLLOY**
                                                             **Chief Judge**